IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ESTRADA,

       Plaintiff,                       No. 2:12-cv-0180 DAD P

    vs.

McCUE, et al.,

       Defendants.          ORDER

_____/

       Plaintiff is a state prisoner proceeding *pro se* with a civil rights action filed pursuant to 42 U.S.C. § 1983. On September 18, 2012, plaintiff was given until October 8, 2012 to file a second amended complaint. On October 3, 2012, a document authored and signed by a Miguel Diaz was filed with the court seeking on plaintiff's behalf an extension of time to file his second amended complaint. Plaintiff Jose Estrada neither signed nor dated this request for an extension of time. Because plaintiff is proceeding *pro se* in this action and Mr. Diaz is not plaintiff's counsel, the court denied the motion for an extension of time to file an second amended complaint. (See Dkt. No. 18.)

       Plaintiff's second amended complaint is now over one month past due. In the interest of justice, however, the court will give plaintiff an additional fourteen days from the date of this order to file a second amended complaint if he wishes to pursue this action.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a second amended complaint within fourteen (14) days from the date of this order. Plaintiff's failure to file a second amended complaint by that date will result in an order dismissing this action without prejudice.

DATED: November 9, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
estr0180.osc.complaint