IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ESTRADA,

      Plaintiff,                   No. 2:12-cv-0180 DAD P

   vs.

McCUE, et al.,

      Defendants.        ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent filed Feb. 1, 2012 (Doc. No. 5). By order filed August 24, 2012, plaintiff's amended complaint was dismissed and he was granted thirty days in which to file a second amended complaint. Plaintiff subsequently received two extensions of time to file a second amended complaint. See Orders filed Sept. 18, 2012 (Doc. No. 16) and Nov. 9, 2012 (Doc. No. 19). The second of those orders granted plaintiff a final period of fourteen days in which to file a second amended complaint and cautioned him that failure to do so would result in an order dismissing this action without

/////

/////

1

1  prejudice.[1]  The fourteen day period has now passed, and plaintiff has not filed a second amended
2  complaint, or otherwise responded to the court's order.
3         Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
4  prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).
5  DATED: December 13, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
estr12cv0180.fta

---

[1] This action has already been dismissed once without prejudice.  See Order filed March 20, 2012 (Doc. No. 7).  Plaintiff's motion for relief from that order and the judgment thereon was granted by order filed April 25, 2012 (Doc. No. 10).